No. 89–66. LINDSTROM ET AL. *v.* ALLEN ET AL. Sup. Ct. Va. Certiorari denied.

No. 89–69. LOVE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–70. KUEHN *v.* COUNCIL NO. 65, AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, ET AL. Ct. App. Minn. Certiorari denied.

No. 89–71. ZALDIVAR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–76. PATNER *v.* COUNTY OF LAKE. C. A. 7th Cir. Certiorari denied.

No. 89–80. KATZ ET AL. *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 89–83. FLEMING *v.* MARTIN ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–84. FLEMING *v.* ANDERSON. C. A. 10th Cir. Certiorari denied.

No. 89–85. FLEMING ET UX. *v.* ROTHENBERG ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–86. FLEMING ET UX. *v.* RHODES ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–88. WOODWARD *v.* STATE BAR OF GEORGIA ET AL. Sup. Ct. Ga. Certiorari denied.

No. 89–89. EVANS *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 89–91. ANDERSON ET UX. *v.* PARCOM, INC. Sup. Ct. Va. Certiorari denied.